JOHN W. DALY, Respondent, v. PAUL F. REINELDT et al., Appellants, Impleaded with Others.

*Daly* v. *Reineldt*, 97 App. Div. 147, reversed.
(Argued December 8, 1905; decided December 12, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

July 28, 1904, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*George W. S. Schulz* and *Lewis S. Goebel* for appellants.

*John M. Digney* for respondent.

Order of Appellate Division reversed and judgment of Special Term affirmed, with costs in all courts, unless within sixty days the respondent obtains from the Appellate Division an amendment of the order of reversal on terms prescribed, in which case appellants are allowed to withdraw appeal, without costs.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.